**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Minneapolis, Minnesota**

**NOTICE TO COUNSEL**

Civil Case No. 00-952 (JMR/FLN)

USA
v.
McEnerney

**IN RE: Notice of Reassignment of Magistrate Judge -** **NEW 00-952 (JMR/SRN)**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Susan Richard Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Beverly Riches at 651-848-1200.

**DATED: July 10, 2000**

Francis E. Dosal
**Francis E. Dosal, Clerk**
by Nancy

Filed July 10, 2000
Judgment entered____________
Deputy Clerk_______________